IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

BETTY JO SHORT,
Administrator of the Estate of
BETTY VARNUM, deceased.

    Plaintiff,

v.

WASTE PATH SANITARY LANDFILL,
LLC.; WASTE PATH SERVICES, LLC
and DALE W. HOWARD

    Defendants

Case No:   3:22-cv-73

JURY DEMANDED

## COMPLAINT

NOW COMES the Plaintiff, Betty Jo Short, Administrator of the Estate of

Betty Varnum, by attorneys, Stephen W. Stone of Howerton, Dorris, Stone and

Lambert, and Dan Stratemeyer of Saladino and Schaaf, PLLC and for her

Complaint against Defendants, states:

### INTRODUCTION

*Plaintiff believes the likely proper defendant is Waste Path Sanitary
Landfill, LLC, but both Waste Path Sanitary Landfill, LLC and Waste Path
Services, LLC have the same or similar principal owners and/or operations, so
out of the abundance of caution, both are named.*

### JURISDICTION

*28 USC 1332*

Jurisdiction is based upon *28 USC 1332.* The plaintiff administrator is a

citizen of Illinois. The decedent Betty Varnum, both at the time of the wreck and

time of her death, was a citizen of Illinois. The decedent's estate is open and

pending in the First Judicial Circuit, Massac County, Illinois.

Defendants Waste Path Sanitary Landfill, LLC and Waste Path Services, LLC are Kentucky Limited Liability Corporations with principal places of business in Calvert City, Kentucky.  Defendant Dale Howard is a citizen of Kentucky.  The amount in controversy exceeds $75,000.00.

## VENUE

The cause of action arose out of the operation of a commercial trash truck operating in interstate commerce in the City of Metropolis, Massac County, which is within the territorial jurisdiction of the United States District Court, Southern District of Illinois.

## COUNT I

### Short v. Waste Path Sanitary Landfill LLC
### Survival

1.      Betty Jo Short is the duly appointed administrator of the Estate of Betty Varnum, deceased, cause number 20-P-16, pending in the First Judicial Circuit, Massac County, Illinois.

2.      Betty Varnum is survived by six children: Betty Jo Short, Lisa Jean Neally, Jessica Ann Cusker, Jennifer Lynn Cangiano, Kenneth Paul Cusker and Christopher Jay.

3.      U.S. 45 (Fifth Street) intersects with Ferry Street in the City of Metropolis, County of Massac, State of Illinois.

4.      Said intersection has crosswalks for pedestrian use.

5.      On March 19, 2020 at approximately 12:50 p.m., Betty Varnum was crossing U.S. 45 (Fifth Street) at the designated crosswalk.

2

6.     On that same date and time, Dale Howard was operating within the course and scope of his employment with defendant Waste Path Sanitary Landfill, LLC, operating a 2003 Volvo commercial trash truck at the intersection herein described.

7.     As Betty Varnum was crossing U.S. 45 (Fifth Street), Dale Howard executed a left turn from Ferry St. onto U.S. 45, entering the crosswalk occupied by Betty Varnum.

8.     As Dale Howard proceeded through the crosswalk the driver side of the trash truck struck Betty Varnum and knocked her to the pavement.

9.     Betty Varnum sustained serious injuries that ultimately caused her death on March 27, 2020, eight days after being struck by the truck operated by Dale Howard.

10.    Dale Howard pled guilty to a traffic citation based upon 625 ILCS 5/11-1002, which alleged he violated his obligation to yield to the right of way of a pedestrian in a crosswalk.

11.    Dale Howard was negligent in the operation of the Waste Path Sanitary Landfill, LLC truck in that he:

a.   Failed to yield to the right of way of a pedestrian in a crosswalk in violation of 625 ILCS 5/11-1002;

b.   Failed to carefully execute a left turn so as not to strike a pedestrian who was crossing the street;

c.   Failed to keep a careful lookout;

3

d. Drove too fast for conditions, namely near a pedestrian walking across the street.

12. As a result of one or more of the acts and/or omissions to act stated herein, Betty Varnum was injured, incurred medical expense, experienced emotional distress, pain, suffering, disability, disfigurement, some or all of which hastened her death.

WHEREFORE, plaintiff prays for judgment against defendant, for compensatory and if applicable, punitive damages, supported by the evidence and consistent with Illinois law.

HOWERTON, DORRIS, STONE & LAMBERT

By_____

Stephen W. Stone, #6204573
*Attorneys for Plaintiffs*


SALADINO AND SCHAAF, PLLC

By_____

Daniel S. Stratemeyer, #6210191
danstratemeyer@saladinolaw.com
*Attorneys for Plaintiffs*

## COUNT I(a)

### Short v. Waste Path Services, LLC
### Survival

1.     Betty Jo Short is the duly appointed administrator of the Estate of Betty Varnum, deceased, cause number 20-P-16.

2.     Betty Varnum is survived by six children: Betty Jo Short, Lisa Jean Neally, Jessica Ann Cusker, Jennifer Lynn Cangiano, Kenneth Paul Cusker and Christopher Jay.

3.     U.S. 45 (Fifth Street) intersects with Ferry Street in the City of Metropolis, County of Massac, State of Illinois.

4.     Said intersection has crosswalks for pedestrian use.

5.     On March 19, 2020 at approximately 12:50 p.m., Betty Varnum was crossing U.S. 45 (Fifth Street) at the designated crosswalk.

6.     On that same date and time, Dale Howard was operating within the course and scope of his employment with defendant Waste Path Services, LLC, operating a 2003 Volvo commercial trash truck at the intersection herein described.

7.     As Betty Varnum was crossing U.S. 45 (Fifth Street), Dale Howard executed a left turn from Ferry St. onto U.S. 45, entering the crosswalk occupied by Betty Varnum.

8.     As Dale Howard proceeded through the crosswalk the driver side of the trash truck struck Betty Varnum and knocked her to the pavement.

9.     Betty Varnum sustained serious injuries that ultimately caused her death on March 27, 2020, eight days after being struck by the truck operated by Dale Howard.

10.     Dale Howard pled guilty to a traffic citation based upon 625 ILCS 5/11-1002, which alleged he violated his obligation to yield to the right of way of a pedestrian in a crosswalk.

11.     Dale Howard was negligent in the operation of the Waste Path Services, LLC truck in that he:

a.  Failed to yield to the right of way of a pedestrian in a crosswalk in violation of 625 ILCS 5/11-1002;

b.   Failed to carefully execute a left turn so as not to strike a pedestrian who was crossing the street;

c.   Failed to keep a careful lookout;

d.  Drove too fast for conditions, namely near a pedestrian walking across the street.

12.  As a result of one or more of the acts and/or omissions to act stated herein, Betty Varnum was injured, incurred medical expense, experienced emotional distress, pain, suffering, disability, disfigurement, some or all of which hastened her death.

WHEREFORE, plaintiff prays for judgment against defendant, for compensatory and if applicable, punitive damages, supported by the evidence and consistent with Illinois law.

HOWERTON, DORRIS, STONE & LAMBERT

By _____

Stephen W. Stone, #6204573
*Attorneys for Plaintiffs*

SALADINO AND SCHAAF, PLLC

By _____

Daniel S. Stratemeyer, #6210191
danstratemeyer@saladinolaw.com
*Attorneys for Plaintiffs*

*COUNT II*

*Short v. Waste Path Sanitary Landfill LLC*
*Wrongful Death*

1.     Betty Jo Short is the duly appointed administrator of the Estate of Betty Varnum, deceased, cause number 20-P-16.

2.     Betty Varnum is survived by six children: Betty Jo Short, Lisa Jean Neally, Jessica Ann Cusker, Jennifer Lynn Cangiano, Kenneth Paul Cusker and Christopher Jay.

3.     U.S. 45 (Fifth Street) intersects with Ferry Street in the City of Metropolis, County of Massac, State of Illinois.

4.     Said intersection has crosswalks for pedestrian use.

5.     On March 19, 2020 at approximately 12:50 p.m., Betty Varnum was crossing U.S. 45 (Fifth Street) at the designated cross walk.

6.     On that same date and time, Dale Howard was operating within the course and scope of his employment with defendant Waste Path Sanitary

7

Landfill, LLC, operating a 2003 Volvo Commercial Trash Truck at the intersection herein described.

7.     As Betty Varnum was crossing U.S. 45 (Fifth Street), Dale Howard executed a left turn from Ferry St. onto U.S. 45, entering the crosswalk occupied by Betty Varnum.

8.     As Dale Howard proceeded through the crosswalk the driver side of the trash truck struck Betty Varnum and knocked her to the pavement.

9.     Betty Varnum sustained serious injuries that caused her death March 27, 2020, eight days after being struck by the truck operated by Dale Howard.

10.     Dale Howard pled guilty to a traffic citation based upon 625 ILCS 5/11-1002, which alleged he violated his obligation to yield to the right of way of a pedestrian in a crosswalk.

11.     Dale Howard was negligent in the operation of the Waste Path Sanitary Landfill, LLC truck in that he:

a.     Failed to yield to the right of way of a pedestrian in a crosswalk in violation of 625 ILCS 5/11-1002;

b.     Failed to carefully execute a left turn so as not to strike a pedestrian who was crossing the street;

c.     Failed to keep a careful lookout;

d.     Drove too fast for conditions, namely near a pedestrian walking across the street.

12.  As a result of one or more of the acts and/or omissions to act stated herein, Betty Varnum lost her life, causing her next of kin herein named to suffer grief, loss of pecuniary support, and loss of society.

WHEREFORE, plaintiff prays for judgment against defendant, for a just and reasonable sum, including punitive damages, supported by the evidence and consistent with Illinois law.

HOWERTON, DORRIS, STONE & LAMBERT

By _____
Stephen W. Stone, #6204573
*Attorneys for Plaintiffs*


SALADINO AND SCHAAF, PLLC

By _____
Daniel S. Stratemeyer, #6210191
danstratemeyer@saladinolaw.com
*Attorneys for Plaintiffs*


*COUNT II(a)*
*Short v. Waste Path Services LLC*
*Wrongful Death*

1.  Betty Jo Short is the duly appointed administrator of the Estate of Betty Varnum, deceased, cause number 20-P-16.

2.  Betty Varnum is survived by six children: Betty Jo Short, Lisa Jean Neally, Jessica Ann Cusker, Jennifer Lynn Cangiano, Kenneth Paul Cusker and Christopher Jay.

3.  U.S. 45 (Fifth Street) intersects with Ferry Street in the City of Metropolis, County of Massac, State of Illinois.

9

4.      Said intersection has crosswalks for pedestrian use.

5.      On March 19, 2020 at approximately 12:50 p.m., Betty Varnum was crossing U.S. 45 (Fifth Street) within the designated cross walk.

6.      On that same date and time, Dale Howard was operating within the course and scope of his employment with defendant Waste Path Services, LLC, operating a 2003 Volvo Commercial Trash Truck at the intersection herein described.

7.      As Betty Varnum was crossing U.S. 45 (Fifth Street), Dale Howard executed a left turn from Ferry St. onto U.S. 45, entering the crosswalk occupied by Betty Varnum.

8.      As Dale Howard proceeded through the crosswalk the driver side of the trash truck struck Betty Varnum propelling her to the pavement.

9.      Betty Varnum sustained serious injuries that caused her death March 27, 2020, eight days after being struck by the truck operated by Dale Howard.

10.      Dale Howard pled guilty to a traffic citation based upon 625 ILCS 5/11-1002, which alleged he violated his obligation to yield to the right of way of a pedestrian in a crosswalk.

11.      Dale Howard was negligent in the operation of the Waste Path Services, LLC truck in that he:

a.      Failed to yield to the right of way of a pedestrian in a crosswalk in violation of 625 ILCS 5/11-1002;

b.  Failed to carefully execute a left turn so as not to strike a pedestrian who was crossing the street;

c.  Failed to keep a careful lookout;

d.  Drove too fast for conditions, namely near a pedestrian walking across the street.

12.  As a result of one or more of the acts and/or omissions to act stated herein, Betty Varnum lost her life, causing her next of kin herein named to suffer grief, loss of pecuniary support, and loss of society.

WHEREFORE, plaintiff prays for judgment against defendant, for a just and reasonable sum, including punitive damages, supported by the evidence and consistent with Illinois law.

HOWERTON, DORRIS, STONE & LAMBERT

By _____

Stephen W. Stone, #6204573
sstone@hdslawfirm.com
*Attorneys for Plaintiffs*

SALADINO AND SCHAAF, PLLC

By _____

Daniel S. Stratemeyer, #6210191
danstratemeyer@saladinolaw.com
*Attorneys for Plaintiffs*

## COUNT III
### *Short v. Howard*
### *Survival*

1.     Betty Jo Short is the duly appointed administrator of the Estate of Betty Varnum, deceased, cause number 20-P-16.

2.     Betty Varnum is survived by six children: Betty Jo Short, Lisa Jean Neally, Jessica Ann Cusker, Jennifer Lynn Cangiano, Kenneth Paul Cusker and Christopher Jay.

3.     U.S. 45 (Fifth Street) intersects with Ferry Street in the City of Metropolis, County of Massac, State of Illinois.

4.     Said intersection has crosswalks for pedestrian use.

5.     On March 19, 2020 at approximately 12:50 p.m., Betty Varnum was crossing U.S. 45 (Fifth Street) within the designated cross walk.

6.     On that same date and time, Dale Howard was operating within the course and scope of his employment with either defendant Waste Path Sanitary Landfill, LLC or Waste Path Services, LLC, operating a 2003 Volvo Commercial Trash Truck at the intersection herein described.

7.     As Betty Varnum was crossing U.S. 45 (Fifth Street), Dale Howard executed a left turn from Ferry St. onto U.S. 45, entering the crosswalk occupied by Betty Varnum.

8.     As Dale Howard proceeded through the crosswalk the driver side of the trash truck struck Betty Varnum propelling her to the pavement.

9.      Betty Varnum sustained serious injuries that caused her death March 27, 2020, eight days after being struck by the truck operated by Dale Howard.

10.     Dale Howard pled guilty to a traffic citation based upon 625 ILCS 5/11-1002, which alleged he violated his obligation to yield to the right of way of a pedestrian in a crosswalk.

11.     Dale Howard was negligent in the operation of the truck herein described in that he:

a.   Failed to yield to the right of way of a pedestrian in a crosswalk in violation of 625 ILCS 5/11-1002;

b.   Failed to carefully execute a left turn so as not to strike a pedestrian who was crossing the street;

c.   Failed to keep a careful lookout;

d.   Drove too fast for conditions, namely near a pedestrian walking across the street.

12.   As a result of one or more of the acts and/or omissions to act stated herein, Betty Varnum was injured, incurred medical expense, experienced emotional distress, pain, suffering, disability, disfigurement, some or all of which hastened her death.

WHEREFORE, plaintiff prays for judgment against defendant, for a just and reasonable sum, supported by the evidence and consistent with Illinois law.

HOWERTON, DORRIS, STONE & LAMBERT

By

Stephen W. Stone, #6204573
*Attorneys for Plaintiffs*

SALADINO AND SCHAAF, PLLC

By

Daniel S. Stratemeyer, #6210191
danstratemeyer@saladinolaw.com
*Attorneys for Plaintiffs*

*COUNT IV*

*Short v. Howard*
*Wrongful Death*

1.    Betty Jo Short is the duly appointed administrator of the Estate of Betty Varnum, deceased, cause number 20-P-16.

2.    Betty Varnum is survived by six children: Betty Jo Short, Lisa Jean Neally, Jessica Ann Cusker, Jennifer Lynn Cangiano, Kenneth Paul Cusker and Christopher Jay.

3.    U.S. 45 (Fifth Street) intersects with Ferry Street in the City of Metropolis, County of Massac, State of Illinois.

4.    Said intersection has crosswalks for pedestrian use.

5.    On March 19, 2020 at approximately 12:50 p.m., Betty Varnum was crossing U.S. 45 (Fifth Street) within the designated cross walk.

6.    On that same date and time, Dale Howard was operating within the course and scope of his employment with either defendant Waste Path Sanitary

14

Landfill, LLC or Waste Path Services, LLC, operating a 2003 Volvo Commercial Trash Truck at the intersection herein described.

7.     As Betty Varnum was crossing U.S. 45 (Fifth Street), Dale Howard executed a left turn from Ferry St. onto U.S. 45, entering the crosswalk occupied by Betty Varnum.

8.     As Dale Howard proceeded through the crosswalk the driver side of the trash truck struck Betty Varnum propelling her to the pavement.

9.     Betty Varnum sustained serious injuries that caused her death March 27, 2020, eight days after being struck by the truck operated by Dale Howard.

10.    Dale Howard pled guilty to a traffic citation based upon 625 ILCS 5/11-1002, which alleged he violated his obligation to yield to the right of way of a pedestrian in a crosswalk.

11.    Dale Howard was negligent in the operation of the truck herein described in that he:

a.   Failed to yield to the right of way of a pedestrian in a crosswalk in violation of 625 ILCS 5/11-1002;

b.   Failed to carefully execute a left turn so as not to strike a pedestrian who was crossing the street;

c.   Failed to keep a careful lookout;

d.   Drove too fast for conditions, namely near a pedestrian walking across the street.

15

12. As a result of one or more of the acts and/or omissions to act stated herein, Betty Varnum lost her life, causing her next of kin herein named to suffer grief, loss of pecuniary support, and a loss of society.

WHEREFORE, plaintiff prays for judgment against defendant, for a just and reasonable sum, supported by the evidence and consistent with Illinois law.

HOWERTON, DORRIS, STONE & LAMBERT

By _____

Stephen W. Stone, #6204573
sstone@hdslawfirm.com
*Attorneys for Plaintiff*

SALADINO AND SCHAAF, PLLC

By _____

Daniel S. Stratemeyer, #6210191
danstratemeyer@saladinolaw.com
*Attorneys for Plaintiffs*

Stephen W. Stone
Howerton, Dorris, Stone & Lambert
300 West Main Street
Marion, IL 62959
Phone: 618-993-2616
Fax:  618-997-1845

Dan Stratemeyer
Saladino & Schaaf, PLLC
700 Clark St.
Paducah, KY  42002-1246
270-444-0406
270-444-0454 Fax
danstratemeyer@saladinolaw.com